

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00150-CV

**TERRY JUSTIN SMITH,**

                                                    **Appellant**

 **v.**

**STEPHANIE SANDERS,**

                                                    **Appellee**

From the 13th District Court
Navarro County, Texas
Trial Court No. D14-22936-CV

## MEMORANDUM OPINION

There is no need to recite the procedural history of the underlying proceeding or the appeal. The parties are well aware of it, and it has no direct bearing on the disposition of this appeal. It is sufficient to note that during a trial court hearing held pursuant to an abatement order from this Court the parties have agreed to vacate the trial court's protective order which is the subject of this appeal.

We reinstate this appeal.  The trial court's protective order dated February 13, 2014

is hereby vacated, and the case is dismissed.  TEX. R. APP. P. 43.2(e).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Vacated and dismissed
Opinion delivered and filed April 28, 2016
[CV06]

